FILED
DALLAS COUNTY
11/22/2013 4:22:48 PM
GARY FITZSIMMONS
DISTRICT CLERK

Cause No. DC-13-12834-M

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 298TH JUDICIAL DISTRICT OF |
| | § | |
| MCKOOL SMITH, P.C., | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## DEFENDANT MCKOOL SMITH, P.C.'S ORIGINAL ANSWER

Defendant McKool Smith, P.C., ("McKool Smith") files this Answer to Plaintiff's First Amended Petition and states:

**1. General Denial**. Subject to such admissions and stipulations as may be made at time of trial, McKool Smith denies generally and specially the material allegations contained in Plaintiff's First Amended Petition and demands strict proof thereof in accordance with the requirements of the laws of this state.

**2. Request for Relief**. McKool Smith requests the following relief:

 a. that Plaintiff take nothing by reason of her suit;

 b. that McKool Smith be dismissed with its costs; and

 c. that McKool Smith have such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted,


By: /s/ Don Colleluori
    A. Erin Dwyer
    State Bar No. 06302700
    Don Colleluori
    State Bar No. 04581950

FIGARI & DAVENPORT, L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
Tel: 214/939-2000
Fax; 214/939-2090

ATTORNEYS FOR DEFENDANT
MCKOOL SMITH, P.C.

## CERTIFICATE OF SERVICE

I certify that this instrument was served on this 22nd day of November, 2013, to the following in the matter noted below:

**Via Certified Mail, Return Receipt Requested**
Chelsea L. Davis
25 Highland Park Vlg., Suite 100-830
Dallas, Texas 75205


    /s/ Don Colleluori
    Don Colleluori