IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CHELSEA L. DAVIS

v.

SAMUEL F. BAXTER, and MCKOOL SMITH P.C.

CASE NO. 4:14-CV-00754
CONSOLIDATED INTO CASE NO. 3:14-CV-514 and 14-7088, into which *Chelsea L. Davis v. McKool Smith P.C. and Samuel F. Baxter,* DC-13-12834 and DC-13-14215, 298th Jud. Dt. Ct., Dallas County, TX, is consolidated

TO THE HONORABLE PRESIDING JUDGE:

**PLAINTIFF'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2)**

COMES NOW, Chelsea L. Davis ("Chelsea Davis"), who hereby moves to dissolve the anti-suit injunctions and stay of arbitration proceedings, which have been in place against at least Chelsea Davis and Samuel Baxter since a few days after the dispute between the parties began, to dismiss this action as abated in favor of the related actions, which may now proceed, now that the anti-suit injunction and stay are dissolved on Nov. 20, 2014, and to transfer any and all actions previously submitted under all pendant state cause numbers to the United States District Court for the Northern District of Texas. Chelsea Davis moves to compel Leslie Ware and Samuel Baxter to produce documents responsive to Chelsea Davis's discovery requests and to appear for their depositions and at hearings and at trial to give their testimony under oath. Chelsea Davis moves for a continuance to continue a discovery period until May 15, 2015 and to set a date for a first jury trial in the United States District Court for the Northern District of

1

Texas in *Davis v. McKool Smith P.C. et al* before Judge Jane Boyle in July 2015.

Chelsea Davis, as Respondent and Defendant, moves to dismiss with prejudice Plaintiff McKool Smith P.C.'s complaints against Chelsea L. Davis under Cause Nos. 201305119, 201400133, and 54202, and misdemeanor and felony cause numbers, including 01-JM-13-4225, F-13-61468, ML1400489, MB1359386 and DF-13-19281, which consist of false allegations made by McKool Smith P.C. and its agents against Chelsea Davis. There was never any probable cause to arrest Chelsea Davis. This Court has already once dismissed without prejudice all allegations of misconduct against Chelsea Davis, including complaints, grievances, charges, claims and causes of action against her, for reasons including lack of prosecution and lack of probable cause, such that the granting of this motion dismisses with prejudice each and every allegation and potential allegation of misconduct against Chelsea Davis, including those based on documents in proceedings and non-proceedings. Accordingly, the bond amount of $1,000,000 set by the court for Leslie Ware's frivolous and wrongful requests for injunctive relief against Chelsea L. Davis and additional amounts paid in bond and into the registry of the Court by Chelsea Davis must now be released and paid by Leslie D. Ware and reimbursed to Chelsea Davis from Leslie D. Ware, the attorney issued TX Bar No. **00785179**.

This document replaces Document 5 in *Davis v. Baxter,* 4:13-cv-514 (E.D. Tex. filed Sept. 9, 2013). Each and every statement and argument in Documents 8, 9, 10 and 11, previously electronically sent by Chelsea Davis under Case No. 4:13-cv-514 in *Davis v. Baxter,* 4:13-cv-514 (E.D. Tex. filed Sept. 9, 2013) are hereby cancelled as moot or otherwise withdrawn at this time but may be later amended and filed to Case No. 4:13-cv-514.

   **ADDITIONAL COUNSEL 1.**   Lidji Dorey & Hooper
Brian M. Lidji
TX Bar No. 12329700

500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

 **ADDITIONAL COUNSEL 2.** Goranson Bain PLLC
ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650
 **ADDITIONAL COUNSEL 3.** Gray Reed & McGraw P.C. (*and* Looper Reed & McGraw)
KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com
 **ADDITIONAL COUNSEL 4.** Jeff Hall
Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622
 **ADDITIONAL COUNSEL 5.** FOX ROTHSCHILD LLP
DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com
 **ADDITIONAL COUNSEL 6.** MILLER BROWN LLP
J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com

400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

  **ADDITIONAL COUNSEL 7.**  Friedman & Feiger LLP

Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

  **ADDITIONAL COUNSEL 8.**  Gibson Dunn LLP

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900

  **ADDITIONAL COUNSEL 9.**  Abernathy, Roeder, Boyd & Joplin, P.C.

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

  **ADDITIONAL COUNSEL 10.**  Figari & Davenport LLC

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090

don.colleluori@figdav.com
erin.dwyer@figdav.com

  **ADDITIONAL COUNSEL 11.**  Herring & Irwin
CHARLES HERRING
cherring@herring-irwin.com

  **ADDITIONAL COUNSEL 12.**  Clinesmith Wooten Smith
Dawn Smith
dawn@clinesmithwootensmith.com

  **ADDITIONAL COUNSEL 13.**  Law Office of Chris Knox
Chris Knox
chrisknox@knoxcriminaldefense.com
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-741-7474

  **ADDITIONAL COUNSEL 14.**  Law Office of Nicole Knox

Nicole Knox
3131 McKinney Ave.
Ste. 800
Dallas, TX  75204
Phone: 214-740-9955

  **ADDITIONAL COUNSEL 15.**  Law Office of Bill Knox
William T. "Bill" Knox
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-522-0000

  **ADDITIONAL COUNSEL 16.**  Baker Botts LLP
George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com

  **ADDITIONAL COUNSEL 17.**  Trevor R. Jefferies
Arnold & Porter LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS

  **ADDITIONAL COUNSEL 18.**  Vanessa Griffith
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700

Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
E-mail vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON
    **ADDITIONAL COUNSEL 19.**    Jamie McKey
Kendall Law Group
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN
    **ADDITIONAL COUNSEL 20.**    Levi G. McCathern, II
McCathern, PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214.741.2662 Office
214.741.4717 Fax
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES
    **ADDITIONAL COUNSEL 21.**    Lewis T. Stevens
TX24031366
131 East Exchange Ave., No. 204
Fort Worth, TX 76164
T-817-332-4466
F-817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW
    **ADDITIONAL COUNSEL 22.**    ROYCE WEST
Royce West
State Bar No. 21206800
320 South R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
Telephone 214.941.1881
FAX 214.941.1399

    Dated: Nov. 20, 2014        Respectfully,

    /s/Chelsea L. Davis
    Chelsea L. Davis
    TX Bar No. 24059652
    25 Highland Park Vlg., Ste. 100-830
    Dallas, TX 75205
    Telephone: (469) 426-5850
    Facsimile: (469) 533-0466
    cdavis@chelseadavispc.com

## **CERTIFICATE OF SERVICE**

       I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Northern and Eastern Districts of Texas), or otherwise, to the extent possible.

       /s/Chelsea L. Davis
Chelsea L. Davis, pro-se
TX Bar No. 24059652
Mailing Address:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com