UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CHELSEA L. DAVIS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: |
| v. | § | 3:14-CV-0056-B |
| | § | |
| MCKOOL SMITH, et al., | § | |
| | § | |
| | § | |
| Defendant. | § | |

### ORDER OF TRANSFER

Because of common questions of fact and law, and in the interests of judicial economy, this case is hereby **transferred**

SO ORDERED.

SIGNED: **January 9, 2014**.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE